UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>SHANE PATRICK REAVES,<br><br>   Defendant/Judgment Debtor,<br><br>   and<br><br>TRISTATE ROOFING, INC.,<br><br>           Garnishee. | NO. 2:22-MC-00003-RSL<br><br>(2:11-CR-00116-1)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Tristate Roofing, Inc., has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Tristate Roofing, Inc., filed its Answer on January 29, 2022, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Shane Patrick Reaves was an active employee who was paid weekly.

After notification that the garnishment proceeding was mailed to the Garnishee and Defendant/Judgment Debtor Reaves on or about January 20,

CONTINUING GARNISHMENT ORDER
USDC#: 2:22-MC-00003-RSL / 2:11-CR-00116-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

2022, Mr. Reaves has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Tristate Roofing, Inc., shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Shane Patrick Reaves, upon each period of time when Defendant/Judgment Debtor Reaves is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Reaves' debt is paid in full; or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor; or until further order of this Court.  This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payment shall be applied to Defendant/Judgment Debtor Shane Patrick Reaves' outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:11-CR-00116-1 and 2:22-MC-00003-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

**CONTINUING GARNISHMENT ORDER**
USDC#: 2:22-MC-00003-RSL / 2:11-CR-00116-1) - 2

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Dated this 1st day of August, 2022.

*signature*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER**
USDC#: 2:22-MC-00003-RSL / 2:11-CR-00116-1) - 3

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970